UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

(202) 354-3230

June 20, 2007

The Honorable Ortrie D. Smith
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

I am in receipt of your June 15, 2007 letter regarding my 2006 annual financial disclosure report. With respect to the information you have requested, the liquid asset fund account (*see* page 13, line 154) and the active asset tax free trust (*see* page 4, line 1; page 8, line 81; and page 10, line 111) are managed by Morgan Stanley and are money market accounts. With respect to Applera Com Celerea Gp (page 4, line 3) and the vacation home (page 13, line 160), the income reported should have been "None." Finally, the value method (column C(2)) for the rental property (page 13, line 189) should have been a "W," not "T."

I trust that this responds to all outstanding issues.

Sincerely yours,

Ellen Segal Huvelle
United States District Judge

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Huvelle, Ellen S | U.S. District Court for D.C. | 05/02/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 333 Constitution Avenue, NW <br> Washington, DC 20001 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2007 MAY -7, A 10: 30
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | self-employed, partner in law firm |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Boston College, Newton, MA | Board of Overseers (Transportation, Food and Hotel) (May 12-13 and October 20-22) |
| 2. University of Virginia School of Law, Charlottesville, VA | Moot Court Judge (Mileage, Food and Hotel) (February 25-26) |
| 3. Harvard Law School, Cambridge, MA | Moot Court Judge (Transportation, Food and Hotel) (March 22-23) |
| 4. New York Intellectual Property Law Association, New York, NY | Annual Dinner in Honor of the Federal Judiciary (Transportation, Food and Hotel) (March 24-26) |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | HSBC | Mortgage on Rental Prop., Washington, DC (Part VII, Line 159) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Active Assets Tax Free Trust | C | Interest | M | T | | | | | |
| 2. America Online (now named Time Warner) | A | Dividend | J | T | | | | | |
| 3. Applera Com Celerea Gp (previously Pe Cp Com Celerea | | | | | sale | 10/12 | J | A | |
| 4. Cisco Systems | | None | K | T | | | | | |
| 5. Intel | A | Dividend | | | sale | 7/24 | J | A | |
| 6. iShares MSCI EAFE Fund | C | Dividend | M | T | | | | | |
| 7. McKesson Corp | A | Dividend | | | sale | 10/12 | K | D | |
| 8. Oracle Corp. | | None | K | T | | | | | |
| 9. Conjeco BE 4.125% due 8/1/06 | B | Interest | | | redeem | 8/1 | K | | |
| 10. Pittsburg CA Unified School District 4.0% due 8/1/07 | A | Interest | K | T | | | | | |
| 11. Missouri St. Health Edl Facs 5/125% due 01/01/09 | C | Interest | L | T | | | | | |
| 12. Cinco TX Municipal Utility 4.0% due 9/1/10 | B | Interest | L | T | | | | | |
| 13. MFS Muni Bond | B | Dividend | K | T | | | | | |
| 14. Van Kampen Emerging Markets | B | Dividend | K | T | partial sale | 6/13 | K | C | |
| 15. Oppenheimer Developing Markets Fund | B | Dividend | K | T | | | | | |
| 16. Templeton Developing Markets | B | Dividend | K | T | partial sale | 6/13 | K | D | |
| 17. Franklin Small Midcap | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AIM International Growth Fund | B | Dividend | L | T | buy | 8/18 | J | | |
| 19. Manulife Venture Annuity | | None | M | T | | | | | |
| 20. iShares Sm Cap 600 Growth | A | Dividend | J | T | | | | | |
| 21. iShares South Africa | | None | | | partial sale | 6/2 | J | A | |
| 22. | | | | | sale | 6/13 | J | A | |
| 23. iShares MSCI Pacific ex Japan | A | Dividend | J | T | partial sale | 6/2 | J | A | |
| 24. | | | | | sale | 6/13 | J | A | |
| 25. iShares S&P Latin America | A | Dividend | K | T | partial sale | 1/24 | J | C | |
| 26. | | | | | sale | 6/13 | J | B | |
| 27. | | | | | buy | 8/23 | J | | |
| 28. | | | | | buy | 12/18 | J | | |
| 29. Latin America Discovery | C | Dividend | | | partial sale | 1/24 | J | C | |
| 30. | | | | | sale | 6/13 | J | A | |
| 31. The India Fund | C | Dividend | | | partial sale | 6/2 | K | D | |
| 32. | | | | | sale | 6/13 | J | A | |
| 33. Pleasonton CDP 3.000 06 Oct 01 | C | Interest | | | redeem | 10/1 | L | A | |
| 34. Campbell CA Sch Dist. 0.0% 06 Aug 01 | | None | | | redeem | 8/1 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. California State Transportation 3.0% 06 Feb 01 | A | Interest | | | redeem | 2/1 | K | A | |
| 36. LA Co PFA-A 5.375% 06 Oct 01 | C | Interest | | | redeem | 10/1 | K | A | |
| 37. Maumee CSD 2.0% 06 Dec 01 | A | Interest | | | redeem | 12/1 | K | A | |
| 38. Mississippi GO 5.750 07 Nov 01 | C | Interest | L | T | | | | | |
| 39. University Hosp. NC 5.250% 26 Feb 15 | B | Interest | | | redeem | 2/15 | L | | |
| 40. Allianz CCM Cap App Class C | B | Dividend | K | T | | | | | |
| 41. Calvert Large Growth Fd Cl C | | None | K | T | | | | | |
| 42. Del Int'l Value Fd Cl C | C | Dividend | K | T | | | | | |
| 43. MFS Int'l Growth Fd Cl C | B | Dividend | K | T | buy | 8/18 | J | | |
| 44. Van Kampen Comstock Cl C | B | Dividend | K | T | | | | | |
| 45. Capital One Bk CD 3.150% 06 Jul 12 | A | Interest | | | redeem | 7/12 | K | A | |
| 46. Compass Bank CD 4.750% due 9/11/06 | A | Interest | | | buy | 6/2 | K | | |
| 47. | | | | | redeem | 9/11 | K | A | |
| 48. Discover Bank CD 5.000% due 9/21/06 | B | Interest | | | buy | 6/13 | L | | |
| 49. | | | | | redeem | 9/21 | L | A | |
| 50. Morgan Stanley Bank CD 4.900% due 1/18/07 | | None | L | T | buy | 10/12 | L | | |
| 51. Detroit MI City School District GO 5.125% | B | Interest | L | T | buy | 4/26 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| due 5/1/07 | | | | | | | | | |
| 52. Hawaii State Highway Rev Ref-A 3.000% due 7/1/07 | B | Interest | L | T | buy | 2/16 | L | | |
| 53. Mississippi State GO 5.750% due 11/1/07 | C | Interest | L | T | buy | 11/1 | L | | |
| 54. Andover Minn GO Ref-B 2.500% due 2/1/08 | | None | K | T | buy | 12/18 | K | | |
| 55. El Paso Co CO School Dist #038 5.500% due 12/1/08 | C | Interest | M | T | buy | 10/12 | M | | |
| 56. North East Independent Sch Dist TX 2.750% due 8/1/09 | | None | L | T | buy | 12/18 | L | | |
| 57. American International Group | A | Dividend | K | T | buy | 10/12 | K | | |
| 58. Baker Hughes | A | Dividend | K | T | buy | 10/12 | K | | |
| 59. Countrywide Financial | A | Dividend | K | T | buy | 10/12 | K | | |
| 60. iShares Dow Jones US Financial Sector | A | Dividend | K | T | buy | 12/18 | K | | |
| 61. iShares FTSE/Xinhua China | A | Dividend | K | T | buy | 11/20 | J | | |
| 62. | | | | | buy | 12/18 | J | | |
| 63. iShares MSCI Japan | | None | | | buy | 1/9 | J | | |
| 64. | | | | | sale | 6/13 | J | A | |
| 65. iShares MSCI Taiwan | | None | | | buy | 1/9 | J | | |
| 66. | | | | | sale | 6/13 | J | A | |
| 67. Johnson & Johnson | | None | K | T | buy | 12/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. Morgan Stanley India Investment Fund | | None | K | T | buy | 8/1 | J | | |
| 69. | | | | | buy | 12/18 | J | | |
| 70. Powershares Wildhill Clean Energy | | None | J | T | buy | 12/18 | J | | |
| 71. Whole Foods Markets | A | Dividend | J | T | buy | 3/20 | J | | |
| 72. WildOats Markets Inc. | | None | J | T | buy | 3/20 | J | | |
| 73. Wisdom Tree Large Cap Dividend ETF | A | Dividend | K | T | buy | 10/12 | J | | |
| 74. | | | | | buy | 12/18 | K | | |
| 75. Eaton Vance Large Value Fund | A | Dividend | K | T | buy | 8/18 | J | | |
| 76. | | | | | buy | 10/12 | K | | |
| 77. AllianceBernstein International Growth | A | Dividend | J | T | buy | 8/18 | J | | |
| 78. Putnam New Value | B | Dividend | K | T | buy | 8/18 | J | | |
| 79. | | | | | buy | 10/12 | J | | |
| 80. -IRA #2 | E | Dividend | P1 | T | | | | | |
| 81. -Liquid Asset Fund | | | | | | | | | |
| 82. -iShares MSCI Emerging Markets | | | | | sale | 6/13 | K | D | |
| 83. -iShares S&P Small Cap Value | | | | | | | | | |
| 84. -iShares S&P 500 Growth | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -iShares S&P 500 Value | | | | | | | | | |
| 86. -iShares Sm Cap Growth | | | | | | | | | |
| 87. Powershares | | | | | sale | 7/24 | K | A | |
| 88. -Societe Generale NY 7.4% due 6/1/06 | | | | | redeem | 6/1 | K | A | |
| 89. -GTE South 6.125% due 6/15/07 | | | | | | | | | |
| 90. -Salomon Smith Barney 6.5% due 2/15/08 | | | | | | | | | |
| 91. -Wal-Mart Stores 6.875% due 8/10/09 | | | | | | | | | |
| 92. -Van Kampen Comstock | | | | | | | | | |
| 93. -MFS Value | | | | | | | | | |
| 94. MFS Int'l Growth Fd | | | | | | | | | |
| 95. Calvert Large Growth | | | | | | | | | |
| 96. Goldman Sachs Small Cap Value | | | | | | | | | |
| 97. -Enterprise Growth | | | | | sale | 8/10 | J | A | |
| 98. -American Gr. Fund | | | | | | | | | |
| 99. -American Inv. Co. | | | | | | | | | |
| 100. -Sentinel Small Company | | | | | | | | | |
| 101. -Delaware Small Cap Value | | | | | partial sale | 8/10 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Huvelle, Ellen S | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -E.V. (Eaton Vance) Emerging Markets | | | | | | | | | |
| 103. LaSalle Bank CD 5.05% due 12/21/06 | | | | | buy | 6/13 | L | | |
| 104. | | | | | redeem | 12/21 | L | A | |
| 105. AllianceBernstein International Value Fund Class C | | | | | buy | 11/20 | J | | |
| 106. | | | | | buy | 8/10 | J | | |
| 107. Dreyfus Premier Alpha Growth Fund Class C | | | | | buy | 11/20 | J | | |
| 108. | | | | | buy | 8/10 | J | | |
| 109. Dreyfus Premier New Leaders Fund Class C | | | | | buy | 11/20 | K | | |
| 110. | | | | | buy | 8/10 | K | | |
| 111. Active Assets Tax Free | C | Interest | N | T | | | | | |
| 112. Apple Computer | | None | K | T | | | | | |
| 113. Broadcom | | None | J | T | | | | | |
| 114. Dell | | None | J | T | | | | | |
| 115. iShares MSCI EAFE | A | Dividend | K | T | buy | 12/19 | J | | |
| 116. iShares S&P 500 Growth | A | Dividend | L | T | buy | 1/18 | J | | |
| 117. | | | | | buy | 12/19 | J | | |
| 118. iShares S&P 500 Value | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119.  iShares Small CapGrowth | A | Dividend | K | T | | | | | |
| 120.  Medtronic | A | Dividend | K | T | | | | | |
| 121.  MS India Fund | C | Dividend | K | T | sale | 6/13 | K | C | |
| 122. | | | | | buy | 12/19 | J | | |
| 123.  CA DOT 3.00% 2/1/06 | B | Interest | | | redeem | 2/1 | M | A | |
| 124.  Tulsa Co OK 4.0% due 5/15/06 | A | Interest | | | redeem | 5/15 | K | A | |
| 125.  McCreary Co Kentucky School District 2.0% due 8/1/06 | A | Interest | | | redeem | 8/1 | J | A | |
| 126.  Pike Co Kentucky School District 5.0% due 9/1/06 | A | Interest | | | redeem | 9/1 | J | A | |
| 127.  Pierce Co Sch Dist 5.00% 9/1/06 | B | Interest | | | redeem | 12/1 | K | A | |
| 128.  Fort Zumwalt Missouri School District 7.0% due 2/1/07 | A | Interest | J | T | | | | | |
| 129.  JEA Florida Water & Sewer 4.0% due 1/1/07 | B | Interest | L | T | | | | | |
| 130.  Oyster Bay New York Public Improvements 5.0% | B | Interest | K | T | | | | | |
| 131.  Van Kampen Emerging Markets Fund | B | Dividend | K | T | | | | | |
| 132.  Van Kampen Comstock | B | Dividend | K | T | buy | 1/18 | J | | |
| 133.  Oppenheimer Developing Markets Fund | B | Dividend | K | T | | | | | |
| 134.  Delaware Trend Fund | C | Dividend | K | T | | | | | |
| 135.  Allianz Cap App | A | Dividend | J | T | buy | 1/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. Calvert Large Growth | | None | J | T | buy | 1/18 | J | | |
| 137. MFS Value | A | Dividend | K | T | buy | 1/18 | J | | |
| 138. Am. Inv. Co. of Am. | B | Dividend | K | T | buy | 1/18 | J | | |
| 139. Franklin Small Midcap Growth Fund | C | Dividend | K | T | | | | | |
| 140. AIM Constellation Fund | | None | L | T | | | | | |
| 141. Templeton Foreign Fund | D | Dividend | M | T | partial sale | 12/13 | M | E | |
| 142. Lincoln National American Legacy | | None | M | T | | | | | |
| 143. Alpine Int'l Real Estate | A | Dividend | K | T | buy | 1/13 | J | | |
| 144. Discover Bank CD 5.0% due 9/21/06 | B | Interest | | | buy | 6/13 | L | | |
| 145. | | | | | redeem | 9/21 | L | A | |
| 146. Detroit Michigan School District GO 5.125% due 5/1/07 | B | Interest | L | T | buy | 11/1 | L | | |
| 147. NJ Econ Dev Auth Rev Sch Fac Const Ser I Q 5.0% 07-09-01 | B | Interest | L | T | buy | 5/22 | L | | |
| 148. Memphis Tenn GO Impt Rate: A1/A 5.000% due 2007-10-01 | D | Interest | M | T | buy | 2/17 | M | | |
| 149. iShares Msci Japan Index Fund | | None | | | buy | 1/9 | J | | |
| 150. | | | | | sell | 6/13 | J | A | |
| 151. iShares Msci Taiwan Index Fund | | None | | | buy | 1/9 | J | | |
| 152. | | | | | sell | 6/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. IRA #1 | D | Dividend | L | T | | | | | |
| 154. -Liquid Asset Fund | | | | | | | | | |
| 155. -Delaware Small Cap Value Fund | | | | | | | | | |
| 156. C&B | A | Interest | O | T | | | | | |
| 157. Cov. Fund LLC | A | Distribution | J | T | | | | | |
| 158. Greenwood at Cleveland Park LLC | | None | J | W | | | | | |
| 159. Rental Property, Washington, DC | E | Rent | N | T | | | | | |
| 160. 1/3 Interest in Vacation Home in Barnstable County, MA | | | O | W | | | | | |
| 161. Retirement Account | G | Dividend | P1 | T | | | | | |
| 162. Vanguard Wellington Fund | | | | | sale | 4/25 | N | A | |
| 163. Dodge & Cox | | | | | buy | 4/25 | M | | |
| 164. | | | | | buy | 10/3 | J | | |
| 165. American Funds Growth Fund of Am. | | | | | buy | 4/25 | L | | |
| 166. | | | | | buy | 10/3 | J | | |
| 167. American Beacon Small Cap | | | | | buy | 4/18 | L | | |
| 168. | | | | | buy | 10/3 | J | | |
| 169. Ranier Small/Mid Cap Equity | | | | | partial sale | 4/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. Lazard Emerging Mkts | | | | | buy | 7/10 | L | | |
| 171. | | | | | partial sale | 5/23 | M | A | |
| 172. | | | | | buy | 9/18 | J | | |
| 173. Thornburg International | | | | | buy | 4/18 | K | | |
| 174. | | | | | buy | 8/21 | J | | |
| 175. | | | | | buy | 9/29 | J | | |
| 176. Schwab Stable Value | | | | | buy | 4/25 | M | | |
| 177. | | | | | partial sale | 7/10 | L | A | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/02/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In my 2005 Disclosure Report, part VII, line 63 inaccurately reported a partial sale of iShares MSCI EAFE when in fact on 12/6 there was a full sale so that asset no longer appears in this Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/02/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████ Date 5/2/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544